SELLERS v. REFRIGERATORS, INC.
　　No. 35 PC.

　　Case below: 15 N.C. App. 723.

　　Petition for writ of certiorari to North Carolina Court of Appeals allowed 8 November 1972.

STATE v. ALEXANDER
　　No. 58 PC.

　　Case below: 16 N.C. App. 95.

　　Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1972.

STATE v. ALLEN
　　No. 74.

　　Case below: 16 N.C. App. 159.

　　Motion of defendant to dismiss appeal of State for lack of substantial constitutional question allowed 1 November 1972.

STATE v. ALLEN
　　No. 71.

　　Case below: 15 N.C. App. 670.

　　Petition of State for writ of certiorari to North Carolina Court of Appeals allowed 1 November 1972. Motion of defendant to dismiss appeal denied 1 November 1972.

STATE v. EDWARDS
　　No. 63.

　　Case below: 15 N.C. App. 718.

　　Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 November 1972.